2008R01112/CAR

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 10-93 |
| | : | |
| v. | : | 18 U.S.C. § 371 |
| | : | |
| RAYMOND ORCUTT | : | I N F O R M A T I O N |
| | : | |

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

1. At all times relevant to this Information,

THE DEFENDANT AND CO-CONSPIRATOR

a. Defendant RAYMOND ORCUTT was a resident of Linden, New Jersey, and lived in a rental home (the "Linden home") subsidized with low income housing benefits offered through the United States Department of Housing and Urban Development ("HUD").

b. C.M., a co-conspirator who is not named as a defendant herein, was a resident of Linden, New Jersey, and lived in the Linden home with Defendant RAYMOND ORCUTT.

THE CONSPIRACY TO DEFRAUD

2. From at least as early as June 1999 through on or about August 19, 2009, in Union County, in the District of New Jersey and elsewhere, Defendant

RAYMOND ORCUTT

did knowingly and intentionally conspire and agree with C.M. and others to embezzle, steal, purloin, and convert to his own use and the use of another, money and things of value of a department and agency of the United States, that is, the United States Department of Housing and Urban Development, contrary to Title 18, United States Code, Section 641.

## OBJECT OF THE CONSPIRACY

3. It was the object of the conspiracy for Defendant RAYMOND ORCUTT and his co-conspirator C.M to submit to HUD fraudulent applications, supporting documents, and certifications in order to obtain more than $50,000 low income housing benefits to which they were not entitled.

## OVERT ACTS

4. In furtherance of the conspiracy and to effect its unlawful object, Defendant RAYMOND ORCUTT and his co-conspirators committed and caused to be committed the following overt acts in the District of New Jersey and elsewhere:

    a. On or about May 30, 2006, C.M. signed a contract amendment to increase her low income housing subsidy, based on a fraudulent HUD Family Report form she submitted, wherein she failed to disclose that Defendant RAYMOND ORCUTT was living with her at the Linden home and earning household income.

    b. In or about October 2006, after housing officials questioned Defendant RAYMOND ORCUTT whether he was living with C.M. in the Linden home he ordered new bank checks that no longer displayed his Linden home address.

In violation of Title 18, United States Code, Section 371.

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: _____

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

RAYMOND ORCUTT

# INFORMATION FOR

## 18 U.S.C. § 371

**PAUL J. FISHMAN**
UNITED STATES ATTORNEY, NEWARK, NEW JERSEY

CHARLTON A. RUGG
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973.645.2700